```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17081
   TERRY EVERETT
   JOYCE A EVERETT                              CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
   SSN XXX-XX-1494     SSN XXX-XX-0897

-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 12/22/2006 and was confirmed 03/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 10/18/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   CURRENT MORTG          .00            .00             .00
COUNTRYWIDE HOME LOANS   MORTGAGE ARRE          .00            .00             .00
TRIAD FINANCIAL CORP     SECURED VEHIC      1400.00          32.68          467.32
TRIAD FINANCIAL CORP     UNSECURED          2911.21            .00             .00
INTERNAL REVENUE SERVICE PRIORITY           4451.87            .00          261.24
INTERNAL REVENUE SERVICE UNSECURED           167.98            .00             .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00             .00
INTERNAL REVENUE SERVICE UNSECURED        NOT FILED            .00             .00
INTERNAL REVENUE SERVICE PRIORITY         NOT FILED            .00             .00
ADVANCE TIL PAYDAY       UNSECURED           829.00            .00             .00
ADVOCATE SOUTH SUBURB HO UNSECURED         NOT FILED            .00             .00
AIS SERVICES LLC         UNSECURED           420.00            .00             .00
SBC                      UNSECURED           492.56            .00             .00
AT & T BANKRUPCTY        UNSECURED         NOT FILED            .00             .00
BENNETT & DELONEY        UNSECURED         NOT FILED            .00             .00
BLATT HASENMILLER LIEBST UNSECURED         NOT FILED            .00             .00
BUDS AMBULANCE SERVICE   UNSECURED         NOT FILED            .00             .00
BUREAU OF COLLECTION REC UNSECURED         NOT FILED            .00             .00
CALVARY PORTFOLIO        UNSECURED         NOT FILED            .00             .00
CAPITAL ONE              UNSECURED          1805.13            .00             .00
AMERICAS FINANCIAL CHOIC UNSECURED           424.30            .00             .00
CBCS                     UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO DEPT OF  UNSECURED          4100.00            .00             .00
CITY OF CHICAGO DEPT OF  UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED            .00             .00
COMMONWEALTH EDISON      UNSECURED         NOT FILED            .00             .00
DEPT OF VETERANS AFFAIRS UNSECURED         NOT FILED            .00             .00
BUD S AMBULANCE SERVICE  UNSECURED         NOT FILED            .00             .00
DEPT OF VETERANS AFFAIRS UNSECURED         NOT FILED            .00             .00
DIVERSIFIED ADJUSTMENT S UNSECURED         NOT FILED            .00             .00
ENCORE RECEIVABLE MANAGE UNSECURED         NOT FILED            .00             .00
FINANCIAL CENTERS OF ILL UNSECURED         NOT FILED            .00             .00
```

```
FIRST NATIONAL COLLECTIO  UNSECURED       NOT FILED                    .00            .00
FIRST PAYDAY LOANS        UNSECURED       NOT FILED                    .00            .00
GFG LOAN CO               UNSECURED       NOT FILED                    .00            .00
TCF NATIONAL BANK         UNSECURED       NOT FILED                    .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED         1547.88                    .00            .00
HSBC BANK NEVADA/HSBC CA  UNSECURED         1863.15                    .00            .00
SOUTH SUBURBAN HOSPITAL   UNSECURED       NOT FILED                    .00            .00
INGALLS HOME CARE         UNSECURED       NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED                    .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED                    .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED                    .00            .00
LINEBARGER GOGGAN BLAIR   UNSECURED       NOT FILED                    .00            .00
IMAGING READOLOGISTS      UNSECURED       NOT FILED                    .00            .00
MEDICAL BUSINESS BUREAU   UNSECURED       NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED                    .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED                    .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED                    .00            .00
NATIONAL QUICK CASH       UNSECURED       NOT FILED                    .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED                    .00            .00
NICOR GAS                 UNSECURED          891.79                    .00            .00
NICOR GAS                 UNSECURED       NOT FILED                    .00            .00
NICOR GAS                 UNSECURED       NOT FILED                    .00            .00
ONE IRON VENTURES         UNSECURED       NOT FILED                    .00            .00
OXFORD COLLECTION SERVIC  UNSECURED       NOT FILED                    .00            .00
INGALIS HOSPITAL          UNSECURED       NOT FILED                    .00            .00
INGALIS HOSPITAL          UNSECURED       NOT FILED                    .00            .00
INGALIS HOSPITAL          UNSECURED       NOT FILED                    .00            .00
INGALIS HOSPITAL          UNSECURED       NOT FILED                    .00            .00
PELLETTIERI & ASSOC       UNSECURED       NOT FILED                    .00            .00
RADIOLOGY IMAGING CONSUL  UNSECURED       NOT FILED                    .00            .00
RMI/MCSI                  UNSECURED          300.40                    .00            .00
SBC                       UNSECURED          217.36                    .00            .00
SOUTHWEST LABS PHYSICIAN  UNSECURED       NOT FILED                    .00            .00
SOUTHWEST LABS PHYSICIAN  UNSECURED       NOT FILED                    .00            .00
SOUTHWEST LABS PHYSICIAN  UNSECURED       NOT FILED                    .00            .00
SSH ANESTHESIA            UNSECURED       NOT FILED                    .00            .00
SUBARU AMERICAN CREDIT    UNSECURED       NOT FILED                    .00            .00
SULLIVAN URGENT AID       UNSECURED       NOT FILED                    .00            .00
SULLIVAN URGENT AID       UNSECURED       NOT FILED                    .00            .00
T-MOBILE                  UNSECURED       NOT FILED                    .00            .00
USA PAYDAY LOANS          UNSECURED       NOT FILED                    .00            .00
VILLAGE OF RIVERDALE      UNSECURED       NOT FILED                    .00            .00
VILLAGE OF RIVERDALE      UNSECURED       NOT FILED                    .00            .00
WOMEN HEALTHCARE ASSOC O  UNSECURED       NOT FILED                    .00            .00

                        PAGE  2 - CONTINUED ON NEXT PAGE
            CASE NO. 06 B 17081 TERRY EVERETT & JOYCE A EVERETT
```

```
ROUNDUP FUNDING LLC        UNSECURED       9710.13              .00              .00
COUNTRYWIDE HOME LOANS     NOTICE ONLY    NOT FILED             .00              .00
Z TEL COMMUNICATIONS       UNSECURED        338.57              .00              .00
AMERICAS SERVICEING COMP   NOTICE ONLY    NOT FILED             .00              .00
PORTFOLIO RECOVERY ASSOC   UNSECURED       2908.93              .00              .00
CASH AMERICA               UNSECURED        632.82              .00              .00
RJM ACQUISITIONS           UNSECURED         95.30              .00              .00
AMERICASH LOANS LLC        UNSECURED        362.50              .00              .00
ROBERT J SEMRAD & ASSOC    ATTORNEY        1734.00              .00          1734.00
ERNESTO D BORGES JR        DEBTOR ATTY        .00                                .00
TOM VAUGHN                 TRUSTEE                                            170.57
DEBTOR REFUND              REFUND                                             323.32
```

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS                DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 2,989.13

PRIORITY                                              261.24
SECURED                                               467.32
    INTEREST                                           32.68
UNSECURED                                                .00
ADMINISTRATIVE                                      1,734.00
TRUSTEE COMPENSATION                                  170.57
DEBTOR REFUND                                         323.32
                        ---------------         ---------------
TOTALS                  2,989.13                    2,989.13

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 01/28/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                        PAGE   3
        CASE NO. 06 B 17081 TERRY EVERETT & JOYCE A EVERETT